NICHOLS *v.* THE INDIANAPOLIS AND ST. LOUIS RAILROAD COMPANY.

APPEAL from the Hendricks Circuit Court.

DOWNEY, J.—For the reasons given in the case of *Straughan* v. *The Indianapolis and St. Louis Railroad Com-*

*pany, ante,* p. 185, the questions in the cases being the same, the judgment in this case is affirmed, with five per cent. damages and costs.

·*W. A. McKenzie,* for appellant.

*L. Ritter* and *M. A. Osborn,* for appellee.